UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RORY VITAGLIANO,

                        Plaintiff,                    21-CV-5239 (JMF)

       -v-                                                ORDER

JONATHAN ADLER ENTERPRISES LLC et al.,

                       Defendants.
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Counsel are reminded that they must submit a proposed case management plan and joint letter by the Thursday prior to the upcoming conference, as directed in the Court's earlier Scheduling Order.  **In their joint letter, the parties should also indicate whether they believe they can do without an initial conference altogether.**  If so, the Court may enter a case management plan and scheduling order, in which case the parties would not need to appear. Unless and until the Court orders otherwise, however, the conference remains in effect and will be held **in person** in **Courtroom 1105** of the **Thurgood Marshall United States Courthouse, 40 Centre Street, New York, NY**.  (If counsel believe that the conference should be held by telephone, they should — in accordance with Rule 2(B) of the Court's Individual Rules and Practices — promptly file a letter motion to that effect.  Any such letter motion should indicate other dates and times during the week of the conference when counsel would be available.)

       SO ORDERED.

Dated: August 23, 2021                        _____
       New York, New York                        JESSE M. FURMAN
                                                        United States District Judge